Susan D. Silveira SBN # 169630
Silveira Law Offices
1177 Branham Lane # 420
San Jose, CA 95118-3766
Telephone: (408) 265-3482
Fax: (408) 265-7479
silveiralaw@earthlink.net

Attorney for Debtor
Nancy Guich

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | CASE NO. 07-52036 RLE |
| ) | |
| NANCY GUICH ) | CHAPTER 7 |
| ) | |
| ) | Date: December 19, 2007 |
| ) | Time: 10:30 AM |
| Debtor. ) | Room 3099 |
| _____ ) | |

**STIPULATION WITHDRAWING OBJECTION TO HOMESTEAD EXEMPTION FILED BY CREDITOR, RACHEL VILLAPONDO**

COMES NOW, the debtor, Nancy Guich, by and through her attorney, Susan D. Silviera, and Creditor, Rachel Villapondo, by and through her attorney, William Kirkpatrick, and stipulate as follows:

1. Creditor, Rachel Villapondao, now withdraws her objection to the homestead exemption claimed by the Debtor, Nancy Guich.
2. The Debtor's homestead exemption claim is deemed allowed.
3. The hearing on this matter n ow scheduled for December 19, 2007 at 10:30 am should be cancelled.
4. Each of the parties shall bear their own attorney's fees and costs in this matter.

SO STIPULATED:


/s/ William Kirkpatrick             /s/ Susan D. Silveira
William Kirkpatrick                 Susan D. Silveira
Attorney for Creditor, Rachel Villapondo   Attorney for Debtor


Dated: December 12, 2007